Eugene SMITH, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2010–3099.

United States Court of Appeals,
Federal Circuit.

July 1, 2010.

Eugene Smith, Forrest City, AR, pro se.

Sara B. Rearden, Merit Systems Protection Board, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

PANASONIC CORPORATION,
Plaintiff–Appellant,

v.

FREESCALE SEMICONDUCTOR, INC., Freescale Semiconductor Japan Ltd., Freescale Semiconductor Xiqing Integrated Semiconductor Manufacturing Site, Freescale Semiconductor (Innovation Center), Freescale Semiconductor Malaysia SDN. BHD., Freescale Semiconductor PTE. Ltd., Freescale Semiconductor Taiwan Ltd., Mouser Electronics Inc., Premier Farnell Corporation (doing business as Newark), and MOTOROLA, INC., Defendants–Appellees.

No. 2010–1396.

United States Court of Appeals,
Federal Circuit.

July 6, 2010.

Gregory A. Castanias, Jones Day, Washington, DC, Gregory J. Bevelock, Decotiis, Fitzpatrick, Cole, Teaneck, NJ, for Defendants–Appellees.

Jack Q. Lever Jr., White & Case LLP, Washington, DC, Sheila F. McShane, David E. De Lorenzi, Gibbons P.C., Newark, NJ, for Plaintiff–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).